

**FREEDOM NEWSPAPER**
*Gambia's Premier Online Newspaper*



PointClick Technologies — Web Solutions Made Easy — 24/7 Online Support
Dedicated Servers Starting at $69.95
CALL 1-800-670-8369 FOR 30 DAY FREE TRIAL ACCOUNT
30 Day Money Back Guarantee

HOMEPAGE   BLOGS   VIDEOS   FORUMS   CHAT   GUESTBOOK   EDITORIAL STAFF   INFO

Freedom Radio



singlemuslim — Single Muslim — Browse Photos of Muslim Singles — SingleMuslim.com — Ads by Google

**Dr. Njomborr Says...**

Below is the co[...]
that was reache[...]
Consulting co[...]
Gambia Gov[...]
violating the[...]
Government res[...]
company. It il[...]
assets, and jaile[...]
Technology offic[...]
Investors, and p[...]
interested about[...]
information about the daylight robber[...]
The Gambia can go through this docu[...]
President Yahya Jammeh is a ha[...]

http://issuu.com/musatouray/docs/agr[...]
mode=a_p

*Assan: Victim of Jammeh repression*

Make A Donation

PayPal DONATE

Freedom Newspaper seeks your support for the up keep of the Website and it's content. We greatly appreciate your support.

Account Login

User Name:
Password:
Security Code: 3R8xYW
Enter the code shown above in the box below

Remember Login
Login   Register
Forgot Password?

Breaking News: Gambia: DID JAMMEH SELLS IRANIAN ARMS TO HEZBOLLAH?

**DID**

**Suspect Jammeh: Do you Sells Arms To Hezbollah?**

# JAMMEH SELLS IRANIAN ARMS TO HEZBOLLAH?

**President Jammeh Allegedly Receives 100 million dollars Annually From Arms Trafficking-A Source Alleged**

## Who Is Lebanese Muhammed Bazzi?

**B**ANJUL, THE GAMBIA—There is a Hezbollah cartel in Banjul, who are acting in concert with the country's President Yahya Jammeh to sell arms to the terrorist group's main base in Lebanon, a source reaching the Freedom Newspaper has alleged. The arms deal goes like this: Gambia procures the arms from Iran, and in turn sells these deadly weapons to Hezbollah, the source further alleged. It is a well coordinated scheme, which has been going on for a while. It is alleged that Gambia's President Yahya Jammeh, who is at the centre of this arms


1-800-208-7191 FOR A FREE INVESTOR KIT

proliferation scheme, has been making over **100 million dollars** a year just from arms trafficking. This is an estimated figure pending further verifications.

[P 2] The illegal arms proliferation scheme between Tehran, and The Gambia, contributed immensely towards Mr. Jammeh's ill-gotten wealth. Mr. Jammeh's Government had signed a three years arms supply deal with Tehran, prior to their diplomatic breakaway, which he (Jammeh) exploits to the maximum. His own Foreign Minister Dr. Momodou Tangara, told his Senegalese counterpart Mr. Niang that some of these Iranian arms landed in The Gambia back in 2005. Mr. Tangara claimed that the arms were meant for homeland security.

But a source reaching the Freedom Newspaper

[P 3] disagrees. Some of the arms that were being trafficked from Iran to The Gambia, were meant for commercial purposes, the source alleged. The President has been accused of acting in concert with some Lebanese alleged Hezbollah supporters in The Gambia to dispose of these arms to the Lebanon home grown terror network.

[P 4] It is imperative to note that some of the Iranian arms also landed in the hands of the MFDC rebel fighters in the Casamance. This was evident when a Senegalese army intelligence unit informed the Wade Government that the bullets that killed its soldiers in Casamance recently were that of Iranian arms.

[P 5] The intercepted Iranian arms, are currently a subject of legal litigation in Nigeria, where a member of the Iranian Revolutionary Guard, and other accused persons are standing trial for arm trafficking. Nigerian Customs officials had intercepted 13 containers of arms that were destined for President Jammeh's Kanilai Farms.

[P 6] "Additionally, most of the drugs Jammeh was selling were distributed at one point through Hezbollah. These activities were the basis for Jammeh saying that none of his descendants would ever be poor and the references to "Bank of Allah," our source alleged.

## Who Is Muhammed Bazzi?

[P 7] According to our source who has been digging into Muhammad Bazzi's business activities in The Gambia, Bazzi is from a small village in Southern Lebanon. Bazzi, said the source, is semi-literate in Arabic, who lived for most of his life in Sierra Leone. He was brought to The Gambia by Tarik Musa as one of his boys. One of his main tasks was to carry out errands for Tarik especially those involving Yahya Jammeh.

[P 8] "It however did not take long for Bazzi to demonstrate that whilst he is not educated, he is very wily and cunning and he soon dethroned Tarik Musa as head of the Jammeh-aligned mafia. The first lesson he learnt from Tarik was the way Yahya Jammeh robs the Gambian people,. "said our source.



Journalist Seedy Ceesay, Freedom Radio Relay St Brigton, UK. He can be r phone# 0044-7775435224. to be heard, please do not contact him. Freedom Rad the voiceless.

Case 5:11-cv-00353-H Document 9-1 Filed 10/20/11 Page 2 of 5



Mr. Jammeh prefers to conduct business deals with Lebanese businesses than home based Gambian companies. He doesn't want Gambians to know to what extent he steals from them. He entrusts most of his businesses to non Gambians.

P 9

"I am sure The Gambian people have noticed that almost all Gambian government vehicles are Mitsubishis. They may have also noticed that even semi-important government employees drive Misibishi Pajeros which cost close to $50,000. Very expensive vehicles for such a poor country. The reason for this extravagance is simple. Yahya Jammeh gets 10% of all government revenues derived by T K Motors, the vendors of these ubiquitous Pajeros and Mitsubishi vehicles," our source noted.

P 10

According to our source "Muhammad Bazzi stroke of genius was to come up with a plan to be awarded a monopoly for the sale of all petroleum products in The Gambia. He registered a company called "GamPetroleum" of which he owns 99%."

P 11

It is only in The Gambia, where investors would be awarded investment license without having enough cash in the Bank to run their purported business ventures. "The funds to run this company (Gampetroleum) was provided by the Social Security and Housing Finance Corporation as a "loan". This arrangement was made possible by the SSHFC. Gam-petroleum is by far the biggest corporation in The Gambia with gross revenues approaching 120 million dollars. Yahya Jammeh gets a percentage of this revenue but I don't know the exact arrangement," our source explained.

P 12

Mr. Bazzi, who is Gambia's Consul General to Lebanon, owns numerous companies in The Gambia, including Gamtrading. He was also very instrumental in the sale of GAMTEL, the country's main telecommunication company. The co owners of the establishment Spectrum Group, owns 50 percent of GAMTEL'S shares, while Bazzi is also entrusted with managing Gambia's ailing energy sector (NAWEC).

P 13

"The Bazzi Mafia, is also in control of all telecommunications in The Gambia through a Spanish company. This arrangement is worthy of a whole article," our source hinted.

P 14

"Needless to say, Muhammad Bazzi generates a lot of cash. This posed a lot of problems to him as Bazzi does not invest in The Gambia. He does not even own a house in The Gambia. Like most expatriate Lebanese in Gambia, he prefers to keep his money out of the country as he does not trust Yahya and knows that a new government will confiscate his ill-gotten wealth," our confidential source added.

P 15

At one point, alleged our source "Bazzi was sending one of his key men with bags of dollars to Lebanon every week. The diplomatic and intelligence community in The Gambia however began to notice this money laundering activity. So, Bazzi's next stroke of genius was to register his own money laundering 1-branch bank called Prime Bank. As you know however, this bank is now blacklisted as the watch was still on him. According to the Drug Enforcement Agency of the United States "LCB's other links to



as Freedom Radio Producer. He
Hour show Program, which airs M
every week. Mr. M'Bai bagged a I
Communication.

Wake up c
Journalist
Souleymane
Saturday at
Time. 5 am
YEEWU YI
TI

Journalist See
show airs Ever
Freedom Radio
Mr. Ceesay is based in the United Kingd

Hezbollah include LCB's subsidiary, Gambia-based Prime Bank, which is partially owned by a Lebanese individual known to be a supporter of Hezbollah."

P16 "This individual is Muhammad Bazzi. Bazzi's utility to Jammeh is that he was the conduit between Iranian arms and Hezbollah. Jammeh would get the arms from Iran and then sell them to Hezbollah. Before his recent exposure, Jammeh was making over 100 million dollars a year just from arms trafficking. Additionally, most of the drugs Jammeh was selling were distributed at one point through Hezbollah. These activities were the basis for Jammeh saying that none of his descendants would ever be poor and the references to "Bank of Allah". Now, however, the monster is broke as all these illegal avenues have been closed by the west as the noose slowly tightens around the neck of the monster," our source alleged.

P17 The Bazzi Mafia is run in the Gambia by an individual called (name withheld) pending further investigations, who is literate and lived in the UK. His other key lieutenants include (name withheld) who is in charge of finance and operations and one (name withheld) who is in charge of procurement. Mr. Bazzi's business associates (partners) within, and outside The Gambia would be revealed later.

P18 Finally, said our source "another important Jammeh partner is (name withheld) who is married to First Lady Zaineb Jammeh's sister and once lived in the United States. He is the smartest of the lot and at one point even managed Kanilai Group International."

P19 "The Bazzi Mafia group is very powerful and ruthless. They are robbing The Gambian people at the behest of our gangster President. Gambians who deal with these individuals should be very careful as they are in the sights of the DEA as is Jammeh," the source further alleged.

P20 When contacted for comments, an insider within Bazzi's business company in The Gambia said the company has a procurement division in Banjul. But the insider would not comment on alleged allegations with Hezbollah ties.

P21 " How do you get my number? I don't have anything to tell you about it for.. okay. I don't have no clue, and no idea, and I don't think you don't have the right to ask from the phone as well, someone I don't know who I am talking to. How do you get my number? I want you tell me...." the insider remarked.

P22 The insider noted that if a company is very successful, there is bound to be rumors spread around the company. The insider urged this reporter to call him on Monday, to schedule an appointment for an interview on the matter.

P23 There was no phone listing available for Muhammed Bazzi to reach him for his own side of the story.

P24 The Freedom Newspaper tried to reach Gambia's Interior Minister Ousman Sonko for comments, but one of his siblings received the phone. " My Dad is praying," Mr. Sonko's son told this paper. A follow up phone call to reach Sonko for comments again, but the Minister wouldn't pick up the phone.

P25 Also on our radar of line of investigations, was one Malick Mboge, a business partner (Associate) of

Freedom Radio Relay Station In Brigto reached by phone# 0044-777:

. Kanyiba Kanyi Is Feared Dea Jammeh murdered Ka

See More Videos

Users Online

Malick Mboge, a business partner (Associate) of President Jammeh. Mr. Mboge's name surfaced during the course of our investigations. We wanted him to throw light on some issues of national concern, but he was not available for comments. We tried to reach Mr. Mboge for comments, but we were told that the subscriber of the said cell number had bared incoming calls. He was indisposed for comments at press time.

Posted on Saturday, February 26, 2011 (Archive on Wednesday, March 30, 2011)
Posted by PNMBAI  Contributed by PNMBAI
**Return**

Current Articles | Categories | Search | Syndication

No Articles Found.

**Membership:**
Latest: eboujobe
New Today: 4
New Yesterday: 0
Overall: 3535

Online Now:

First Name:
Last Name:
Email Address:
[Subscribe]

Ads by Google

**Federal Energy Experts**
Global Specialists in Energy Mgmnt. Visit Our Knowledge Portal & Learn!
schneider-electric.us

**Green Government Bids**
Federal State & Local Sustainable Bids & RFP's Delivered Daily
www.vindiandata.com

**Criminal Records**
View Anyone's Criminal History! Criminal History Reports in Seconds
InstantCheckMate.com

**Oil and Gas Investments**
Large Ownership. Small Investment Direct Partnership. Now Funding
oilandgasinvestment.com

**Yes! Solar Solutions**
The Triangle's #1 Solar Installer Call for a Free Estimate
YesSolarSolutionsNC.com