IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MUHAMMED BAZZI, ) </br> ) </br> ) </br> Plaintiff, ) </br> ) </br> ) </br> v. ) </br> ) </br> PA NDERRY MBAI, FREEDOM NEWSPAPER, ) </br> INC., and JOHN DOE, ) </br> ) </br> Defendants. ) | Case No. 5:11-cv-353-H </br></br> **JOINT REPORT OF PARTIES' PLANNING MEETING** </br> Fed R. Civ. P. 26(f); LR 26.1(e) |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1(e), the parties have conferred on May 24, 2012 and jointly propose to the Court the following discovery plan.

**1.** **Pre-Discovery Disclosures**: The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) within 30 days from the entry of the Scheduling Order in this matter.

**2.** **Discovery Plan:** Subject to the right of either party to object to discovery requests pursuant to Rule 26 or otherwise, the parties agree to the discovery limitations and timeframe set out below.

(a) The parties anticipate that disclosure or discovery of electronically stored information may become necessary and the parties agree to the following provisions in an effort to maximize the efficient discovery of electronically stored information and minimize cost. All electronically stored information shall be produced in PDF, TIF or native file format, and shall be transmitted via dvd or other disk form.

(b) Discovery will be needed on the following subjects:

1

(i) All subjects reasonably calculated to lead to discoverable evidence with respect to the Plaintiff's claims and damages.

(ii) All subjects reasonably calculated to lead to discoverable evidence with respect to the Defendants' denials of the factual allegations of the Complaint, as well as allegations made in support of the Affirmative Defenses.

(c) All discovery will be commenced in time to be completed within 9 months following entry of the Scheduling Order in this matter.

(d) Maximum of twenty-five (25) Interrogatories by each party to any other party. Responses due thirty (30) days after service, subject to applicable rules, written stipulation of the parties, and order of the Court. Either party may move to increase the number of Interrogatories permitted.

(e) No limits on Requests for Production by each party to any other party. Responses due thirty (30) days after service, subject to applicable rules, written stipulation of the parties, and order of the Court.

(f) Maximum of 25 Requests for Admission by each party to any other party. Responses due thirty (30) days after service, subject to applicable rules, written stipulation of the parties, and order of the Court. Either party may move to increase the number of Requests for Admission permitted.

(g) Maximum of ten depositions by Plaintiff and ten by Defendants. Each deposition limited to a maximum of seven (7) hours unless extended by agreement of parties.

(h) Expert designations and reports under Rule 26(a)(2) will be due from the Parties within 60 days after the close of discovery in this matter. Designations of rebuttal

2

witnesses and reports will be due within 90 days after the close of discovery in this matter. The parties will then have an additional 60 days to complete any necessary expert discovery.

    (i)  Rule 26(e) corrections and disclosures shall be made in accordance with that rule.

  **3.**  **Other Items:** The parties do not request a conference with the Court before entry of the Scheduling Order.

    (a)  The parties do not request an additional pretrial conference at this time.

    (b)  Plaintiff is allowed to join additional parties and amend the pleadings at any time within 5 months from the entry of the Scheduling Order in this matter. Defendants are allowed to join additional parties and to amend pleadings at any time within 6 months from the entry of the Scheduling Order in this matter.

    (c)  All potentially dispositive motions must be filed within 30 days after the close of discovery.

    (d)  The case should be ready for trial within 60 days of the ruling on all potentially dispositive motions. At this time it is estimated that the parties will need one week for trial on the merits.

    (e)  The parties agree to conduct a mediation of this case as provided for in E.D.N.C. Local Rule 101.1(a) within 30 days after the close of discovery.

    (f)  The parties do not request or agree to have the case referred to a Magistrate Judge for trial.

  Respectfully submitted this 4th day of December, 2012

/s/ Edward H. Maginnis    /s/ Douglas W. Kenyon

3

Case 5:11-cv-00353-H   Document 14   Filed 12/04/12   Page 3 of 5

Edward H. Maginnis
North Carolina State Bar No. 39317
Maginnis Law, PLLC
19 W. Hargett Street, Suite 906
Raleigh, NC 27601
Telephone (919) 526-0450
Fax: (919) 882-8763
emaginnis@maginnislaw.com
*Attorney for Plaintiff*

Douglas W. Kenyon
North Carolina State Bar No. 13242
Hunton & Williams, LLP
P.O. Box 109
Raleigh, NC 27602
Telephone: (919) 893-3000
Facsimile: (919) 833-6352
*Attorneys for Defendants*

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 4, 2012, I caused true and correct copies of the foregoing Rule 26(f) Joint Report to be served on the following counsel registered with the CM/ECF system.

Douglas W. Kenyon
Hunton & Williams LLP
P.O. Box 109
Raleigh, NC 27602

            /s/ Edward H. Maginnis
            Edward H. Maginnis