

# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
POST OFFICE BOX 109
RALEIGH, NORTH CAROLINA 27602

TEL  919 • 899 • 3000
FAX  919 • 833 • 6352

DOUGLAS W. KENYON
DIRECT DIAL: 919-899-3076
EMAIL: dkenyon@hunton.com

February 13, 2013

FILE NO: 99997.032211

VIA ELECTRONIC MAIL

Edward H. Maginnis
Maginnis Law, PLLC
19 West Hargett Street, Suite 906
Raleigh, N.C. 27601

Re: <u>Muhammed Bazzi v. Pa Nderry M'Bai, et al.</u>

Dear Mr. Maginnis:

    Mr. Bazzi's initial disclosures were due February 11. I have not received them. I would appreciate your confirmation that they have been served. If they have not been served, I would appreciate receiving them me via email by 5:00 PM today.

Sincerely,

Douglas W. Kenyon

DWK/klm

ATLANTA  AUSTIN  BANGKOK  BEIJING  BRUSSELS  CHARLOTTE  DALLAS  HOUSTON  LONDON  LOS ANGELES
MCLEAN  MIAMI  NEW YORK  NORFOLK  RALEIGH  RICHMOND  SAN FRANCISCO  TOKYO  WASHINGTON
www.hunton.com

Case 5:11-cv-00353-H  Document 18-1  Filed 03/01/13  Page 1 of 1

EXHIBIT "A"