| From: | Kenyon, Douglas W. (US) |
|---|---|
| Sent: | Thursday, February 28, 2013 7:27 AM |
| To: | 'emaginnis@maginnislaw.com' |
| Subject: | RE: Bazzi v M'Bai -- Bazzi's Failure to Provide Initial Disclosures |
| Filed: | -1 |
| NRTID: | !nrtdms:0:!session:EMF_US:!database:HW_US:!document:44417979,1: |

Dear Ed:

We still have not received Mr. Bazzi initial disclosures. We will move ahead with a motion to compel.

Doug

**From:** Kenyon, Douglas W. (US)
**Sent:** Monday, February 18, 2013 6:30 PM
**To:** 'emaginnis@maginnislaw.com'
**Subject:** Re: Bazzi v M'Bai -- Bazzi's Failure to Provide Initial Disclosures

Thanks Ed.

**From:** Edward Maginnis [mailto:emaginnis@maginnislaw.com]
**Sent:** Monday, February 18, 2013 01:16 PM Eastern Standard Time
**To:** Kenyon, Douglas W. (US)
**Subject:** Re: Bazzi v M'Bai -- Bazzi's Failure to Provide Initial Disclosures

Doug:

I spoke with the client today (he is not particularly easy to get a hold of). We will have initial disclosures for you this week. Let me know if you have any questions and apologies for the delay.

Thanks,

Ed

On Sat, Feb 16, 2013 at 9:31 AM, Kenyon, Douglas W. (US) <dkenyon@hunton.com> wrote:

Dear Ed:

I still have not received Mr. Bazzi's Initial Disclosures or a response to my letter of February 13 asking for them. They were due on February 11, and I need them. Can you please send them to me, via email, over the weekend or, in any event, by 5:00 PM Monday, February 18. If I don't hear from you, or if we can't get this resolved, I will move to compel next week.

EXHIBIT "B"

Doug

--
Edward H. Maginnis

Maginnis Law, PLLC
19 West Hargett Street, Suite 906
Raleigh, NC 27601
(919) 526-0450
(919) 882-8763 (fax)

emaginnis@maginnislaw.com
www.maginnislaw.com

Licensed in North Carolina, Virginia, and Washington, D.C.