THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5-11-CV-00353-H

| | |
|---|---|
| MUHAMMED BAZZI,<br><br>    Plaintiff,<br><br>v.<br><br>PA NDERRY M'BAI, FREEDOM NEWSPAPER, INC., and JOHN DOE<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING PA NDERRY M'BAI AND FREEDOM NEWSPAPER, INC.'S MOTION TO COMPEL INITIAL DISCLOSURES** |

    This matter is before the Court on the Defendants Pa Nderry M'Bai and Freedom Newspaper, Inc.'s ("Defendants") Motion to Compel Initial Disclosures. For the reasons set forth in Defendants' Motion and supporting Memorandum, the motion is hereby GRANTED. Muhammed Bazzi shall provide Rule 26(a)(1) initial disclosures to Defendants' counsel within three (3) business days from the date of this Order.

    It further appears to the Court that Plaintiff's failure to disclose initial disclosures are not substantially justified. Defendants are awarded their costs of attorneys' fees with the bringing of this motion in accordance with Federal Rule of Civil Procedure 37(a)(5). Defendants shall submit a statement of fees to the Court for further review.

    SO ORDERED this \_\_\_\_\_ day of March, 2013.

    _____
    United States District Judge