Login : Register






THE CASE OF YAHYA JAMMEH, MUHAMMED BAZZI, TRUST BANK GAMBIA LTD & THE TAIWANESE

# THE CASE OF YAHYA JAMMEH, MUHAMMED BAZZI, TRUST BANK GAMBIA LTD & THE TAIWANESE



By The Insider

Pa you know when people write about these things, some Jammeh diehards go all the way to defend him calling Gambians living in the diaspora or whoever is writing as unpatriotic. I am afraid this is not the position at all. My Friend Deep Throat will always ascertain some of the facts Gambian lament about and seen going on in the Economy and nothing comes out of it.

Baazi and Co have a very strong influence in the Gambian Economy. Bazzi not only muzzle the affairs of Nawec but because he has so much liberty he can also be allowed to draw one check from Trust Bank and the particular branch to replenish its cash from Head Office in order to be able to serve the rest of the customers for the day.

Pa this is how powerful Baazi is. Nobody stands on his way when he goes in and out of that Bank.

Case 5:11-cv-00353-H  Document 23-2  Filed 03/29/13  Page 1 of 4

He is accorded the treatment befitting for a king when he steps his foot in the Bank or sends any of his workers for anything in the bank.

Recently, I read in our Daily Observer about the Government establishing an anti-Money Laundering Board consisting of the Minister of Finance, the Solicitor General, and the Inspector General of Police and so on. Look at this way Pa, why did it take them so long to come up with such a task force that they said is mandated to look in the issues of Money Laundering in the Gambia when they know that Jammeh and his Lebanese Partners are engaged in the activities of Money Laundering and aided by Trust Bank.

Look at the way the Bank tried to help Jammeh to steal USD2M donated by the Taiwanese to the Gambian people at the height of famine in the Gambia. Pa, what sort of crime will you call this? The Gambian economy was suffering, the people were crying of hunger because the farming season was poor and yet still people who call themselves peace loving Gambians and have the interest of the Gambian people at heart in broad daylight tried to steal such amount of money belonging to the Gambian people. Is this not a Financial Crime? Who knows what Jammeh wants to do with such an amount of Money? What if he had gotten access to the money and used it to procure lethal arms to use against his own people or to supply the Cassamance Rebels.

Pa you see of the case Baazi and the Gambian Government and Trust Bank is a case of day light…. These three had formed a consortium designed at milking the Gambian people of every single dalasi that is meant to benefit them. If the ICC had a Financial Crimes unit, it should investigate the activities of these three as they can help turn the sub region into a war zone. Trust Bank does whatever Jammeh wants and Baazi gets whatever he wants from the Bank because he is a business partner to the Energy

Case 5:11-cv-00353-HL Document 23-2 Filed 03/29/13 Page 2 of 4

hence helping him have a firm grip on the Energy sector in the Gambia.

Pa do you remember the money donated by Baazi to the Gambian Government on the eve of the last Presidential elections? Why would he come out all the way and as far as I know he was the only foreign based businessman to have done such a callous act of donating D1M to the Government to help fund a fraudulent election. Guess who funded that money? Pa that money came from an already overdrawn account from Trust Bank. So you see the connection.

Pa Jammeh is just a thief full stop. If he cannot get it from the Taiwanese or his Lebanese friends he exploits other avenues of getting our money for his personal use. Look at the case of the D30M the Gambian Ports Authority was forced to draw from their Trust Bank account to pay him. The GPA has shares at Trust Bank but they do not hold D30M in any of their accounts. The maximum they held in their TBL account was not more than D100, 000 ($3500 approximately).

How can they be asked to over draw D30M from an account that did not hold such. Is this not Money Laundering? So how can the Jammeh Government after engaging in the act of Money Laundering for all to see globally now come back to try to fool the World with a non-existing body of people it calls its watch dog against Money Laundering? **This is a mockery to the Gambian people, it is a mockery to democracy and it is an insult to civilization.**

Commenting on the case of the Taiwanese Aid to the Gambia, you will be surprised to learn that all the checks they give to the Gambian people in the name of aid where all cleared by Trust Bank in the interest of Yahya Jammeh. The health sector is in total tatters and yet still you have a monster President and a rogue bank helping him to milk

Case 5:11-cv-00353-H  Document 25-2  Filed 05/29/13  Page 3 of 4

what was meant to alleviate the poor and suffering Gambians. Yet this man can stand on a podium on Independence Day in front of everybody and tell us that he is prepared to die for the Gambia. How can he not die for the Gambia with all the atrocities he has caused? Where will he run to? Jammeh does not have much option rather than stay and die in case of anything.

Pa I tell you what if Trust Bank is broke; Baazi's business empire will be in total tatters as he cannot survive without that bank. There is Gas shortage in the Gambia at the moment, is it that Baazi is out of Money or the Bank is not in good financial standing to fund his importation? Pa the bottom line to this entire saga is that Yahya Jammeh, Muhammed Baazi, Trust Bank and the Taiwanese and their so called Aid to the Gambian people are all **"Money ….. with a Human Face".**

Posted on Wednesday, February 27, 2013 (Archive on Tuesday, April 30, 2013)
Posted by PNMBAI  Contributed by PNMBAI

**Return**

Case 5:11-cv-00353-H   Document 23-2   Filed 03/29/13   Page 4 of 4

www.freedomnewspaper.com/Homepage/tabid/36/mid/367/newsid367/8464/THE-CASE-OF-YAHYA-JAMMEH-MUHAMMED-BAZZI-TRUST-BANK-GAMBIA… 4/4