


HOMEPAGE  BLOGS  VIDEOS  FORUMS  CHAT  GUESTBOOK  EDITORIAL STAFF  INFO



Lebanese Mobsters Increase their Stranglehold on Gambian Economy

# Lebanese Mobsters Increase their Stranglehold on Gambian Economy





By Gambia's Deep Throat

At this moment in time, no Gambian is allowed to import petrol, kerosene, gasoil, gas, jet fuel or

any petroleum based product. The only ones allowed that monopoly is the Gampetroleum

Case 5:11-cv-00353-H  Document 23-3  Filed 03/29/13  Page 1 of 3

company owned by Muhammad Bazzi and his cohorts. Even though this man is not a Gambian, he is benefiting immensely from this monopoly that gives him more rights than the natural born citizens of Gambia.

Additionally, NAWEC is obligated to purchase electricity produced by these Lebanese at a price that the Lebanese determine. NAWEC is also obligated to purchase their fuel from the Lebanese mobsters.

http://www.treasury.gov/press-center/press-releases/pages/tg1057.aspx

In fact Yayas Jammeh's own website still has the picture of the meeting with people whom the US has accused of "facilitating the money laundering activities of an international narcotics trafficking and money laundering network".

These Lebanese walk around Gambia like they are God. They are truly immune from the law and no policeman would dare question them even when they break the law because they are under the protection of Yaya Jammeh. Imagine the case of Fatoumatta Jallow who accused one of Bazzi's boy boys Manhal Qiedat of sexual harassment. As reported by Freedom and other papers, it is just amazing the disrespect these Lebanese have for Gambians :http://www.freedomnewspaper.com/Homepage/tabid/36/mid/367/newsid367/8029/Gampetroleum-General-Manager-In-Court-For-Alleged-Sexual-Harassment-Allegations/Default.aspx .

No self-respecting government would so openly associate with characters like these mobsters. But Jammeh in his ignorance is happy to continue putting these Lebanese on top of Gambians to a point where the Gambians are second class citizens in their own country.

According to the US Dept of Treasury, "Gambia-based Prime Bank, which is partially owned by a Lebanese individual known to be a supporter of Hezbollah".

Imagine that when these Lebanese go to a bar or restaurant, they will insist on being served first before the Gambians. They feel that they are superior to Gambians. Yaya Jammeh has shown that he has no respect for Gambians by giving

Case 5:11-cv-00353-H   Document 23-3   Filed 03/29/13   Page 2 of 3

these Lebanese foreigners more rights than Gambians in our own country.

To date, Gambians have to pay exorbitant prices for electricity and water but these Lebanese mobsters cannot provide reliable power or water. It is common for people to stay for 2 days without power or water. Imagine paying four thousand dalasi for something but not getting that thing. This is what is called robbery. Taking people's money and not delivering the promised goods or services.

Posted on Sunday, February 24, 2013 (Archive on Sunday, April 28, 2013)
Posted by PNMBAI  Contributed by PNMBAI

**Return**

Case 5:11-cv-00353-H   Document 23-3   Filed 03/29/13   Page 3 of 3

www.freedomnewspaper.com/Homepage/tabid/36/mid/367/newsid367/8456/Lebanese-Mobsters-Increase-their-Stranglehold-on-Gambian-Economy/Default.aspx   3/3