THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5-11-CV-00353-H

| | |
|---|---|
| MUHAMMED BAZZI,<br><br>                                Plaintiff,<br>    v.<br><br>PA NDERRY M'BAI, FREEDOM<br>NEWSPAPER, INC., and JOHN DOE<br><br>                                Defendants. | DEFENDANTS PA NDERRY M'BAI<br>AND FREEDOM NEWSPAPER, INC.'S<br>REPLY TO COURT ORDER<br>TO SHOW CAUSE |

      Defendants, Pa Nderry M'Bai and Freedom Newspaper, Inc., respectfully submit this reply to Plaintiff's Response To Court Order To Show Cause [D.E. 22].

      Bazzi misconstrues the law in arguing that attorney's fees and expenses cannot be awarded in the absence of harm. Plaintiff's Response at 3. Bazzi's reliance on *Carr v. Deeds*, 453 F.3d 593 (4th Cir.), is misplaced. *Carr* involved the exclusion of an expert witness who had failed to disclose the written report required by Rule 26(a)(2)(B). The court considered whether that failure was harmless because Rule 37(c)(1) says a court may not exclude a witness for failure to make a disclosure if the failure was "harmless." The Court's Order here has nothing to do with exclusion and Rule 37(c)(1) does not apply.

      Instead, as the Court noted in its Order, Rule 37(a)(5) is the applicable standard. Order [D.E. 22 at 3]. It applies where the relief sought is monetary – reasonable expenses and attorney's fees. It contains no "harmless" exception. And it is ignored by Bazzi, who has

offered no conceivably pertinent justification for his failure to make his disclosures in a timely manner or promptly after being requested to do so by counsel for M'Bai and Freedom Newspaper.

In any event, Bazzi's conduct is not "harmless." There is inherent harm to the judicial process when a litigant fails without justification to comply with a court order. There is harm too when defendants, such as M'Bai and Freedom Newspaper, have to fight to obtain information they should have received in the opening weeks of discovery. The relief sought here is measured and mandated by Rule 37(a)(5).

Dated this 5th day of April, 2013.

                HUNTON & WILLIAMS LLP

                /s/ Douglas W. Kenyon
                Douglas W. Kenyon (dkenyon@hunton.com)
                N.C. State Bar No. 13242
                R. Dennis Fairbanks (dfairbanks@hunton.com)
                N.C. State Bar No.: 33572
                HUNTON & WILLIAMS LLP
                Post Office Box 109
                Raleigh, North Carolina 27602
                Telephone: 919.899.3000
                Facsimile: 919.833.6352

                *Counsel for Defendants Pa Nderry M'Bai and Freedom Newspaper, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **DEFENDANTS PA NDERRY M'BAI AND FREEDOM NEWSPAPER, INC.'S REPLY TO COURT ORDER TO SHOW CAUSE** has been served today via electronic mail and U.S. Mail to the person at the address below:

Edward H. Maginnis
Maginnis Law, PLLC
19 West Hargett Street, Suite 906
Raleigh, NC 27601
Telephone: 919.526.0450
Facsimile: 919.882.8763.
emaginnis@maginnislaw.com)

This the 5th day of April, 2013.

                                              /s/ Douglas W. Kenyon
                                          HUNTON & WILLIAMS LLP
                                          421 Fayetteville Street, Suite 1400
                                          Raleigh, N.C. 27601
                                          *Counsel for Defendants Pa Nderry M'Bai and Freedom Newspapers, Inc.*