# Kenyon, Douglas W. (US)

| | |
|---|---|
| **From:** | Kenyon, Douglas W. (US) |
| **Sent:** | Thursday, May 30, 2013 4:32 PM |
| **To:** | Edward Maginnis (emaginnis@maginnislaw.com) |
| **Subject:** | Bazzi Case - Failure to Provide Discovery |
| | |
| **Filed:** | -1 |
| **NRTID:** | !nrtdms:0:!session:EMF_US:!database:HW_US:!document:45932793,1: |

Dear Ed,

On April 19, the Court granted Bazzi's motion to extend, through May 24, 2013, the time for responding to M'Bai's First Set of Interrogatories and Requests for Production of Documents. We have not received those responses or any explanation as to why they have not been provided in accordance with the Court's Order. Please provide compete responses, by hand-delivery or email, no later than 5:00 PM tomorrow, May 31.

Best,

Doug

| Home | VCard | Bio |

**Douglas Kenyon**
Partner
dkenyon@hunton.com

**HUNTON & WILLIAMS**

Hunton & Williams LLP
421 Fayetteville Street
Suite 1400
Raleigh, NC 27601
Phone: (919) 899-3076
Fax: (919) 899-3226
www.hunton.com

This communication is confidential and is intended to be privileged pursuant to applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify Hunton & Williams LLP immediately by telephone (877-374-4937) and by electronic mail to: help_desk@hunton.com and then delete this message and all copies and backups thereof.