THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5-11-CV-00353-H

| | |
|---|---|
| MUHAMMED BAZZI,<br><br>                Plaintiff,<br>  v.<br><br>PA NDERRY M'BAI, FREEDOM NEWSPAPER, INC., and JOHN DOE<br><br>                Defendants. | [PROPOSED] ORDER |

This matter is before the Court on the Defendant Pa Nderry M'Bai's Motion to Compel Plaintiff Muhammed Bazzi to respond to M'Bai's First Set of Interrogatories and First Request for Production of Documents. For the reasons set forth in M'Bai's Motion and supporting Memorandum, it is hereby ORDERED as follows:

    1.    M'Bai's motion is hereby GRANTED.

    2.    Bazzi has waived any objection he may have had to M'Bai's First Set of Interrogatories and First Request for Production of Documents.

    3.    Bazzi shall, without interposing any objection, respond truthfully, completely, and fully to M'Bai's First Set of Interrogatories and First Request for Production of Documents within seven (7) days of this Order.

    4.    In the event Bazzi fails to comply with paragraph 3 of this Order when and as provided therein, the Court will entertain a motion to dismiss this action.

1

5. Bazzi shall show cause, if any, in writing within seven (7) days of this Order, why he should not have to pay the reasonable expenses, including attorney's fees, that M'Bai incurred in filing the instant motion to compel.

SO ORDERED.

This \_\_\_\_\_ day of June 2013.

_____